IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

               v.                :

ERNEST PAYTON
U.S.M. # 95050-509
F.D.C. Philadelphia, P.O. Box 562
Philadelphia, PA 19105

:          CRIMINAL ACTION

:          No. 22-98-7

**NOTICE OF HEARING**

Take notice that the defendant is scheduled for **CHANGE OF PLEA HEARING** on **TUESDAY, APRIL 18, 2023,** at **10:00 A.M.** before the **Honorable JOHN MILTON YOUNGE** in **Courtroom 15B, 15th floor** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A        interpreter will be required for the defendant.

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By:       Andrew J. Follmer, Courtroom Deputy to Honorable John Milton Younge
          Phone: 267.299.7369

Date:     February 27, 2023

cc via U.S. Mail:    Defendant
cc via email:       Gina A. Amoriello, Esquire
               Priya Desouza, A.U.S.A.
               U.S. Marshal
               Court Security
               Probation Office
               Pretrial Services
               Interpreter Coordinator

crnotice (July 2021)